[No. 16109-1-I.   Division One.   March 25, 1987.]

LENNA C. HARPIN, *Appellant,* v. MICHAEL L. ARNOLD,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84-2-01511-8, Robert C. Bibb, J.,

entered February 13, 1985. *Reversed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.